```
ERIK G. BABCOCK, ESQ. (SBN: 172517)
1212 Broadway, Suite 726
Oakland, CA 94612-1828
(510) 452-8400 Tel.
(510) 452-8405 Fax

Attorney for Defendant
JULIUS BARNETT
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JULIUS BARNETT,<br><br>　　　　Defendant. | )　No. CR 03-0205 WHA<br>)<br>)　**STIPULATION AND ~~PROPOSED~~ ORDER**<br>)　**CONTINUING HEARING**<br>)<br>)<br>)<br>)<br>) |

It is hereby stipulated between the parties that the hearing currently set for March 23, 2010 may be continued to April 13, 2010. Counsel for Mr. Barnett, Erik Babcock, was sent to trial in state court in Shasta County and is unavailable on March 23, 2010 or the following two Tuesday calendars. The Speedy Trial Act does not apply as this is a Form 12 proceeding.

SO STIPULATED.

DATED: March 23, 2010

　　　　　　　　　　　　　　　　　　　　　　Tracie Brown
　　　　　　　　　　　　　　　　　　　　　　Assistant US Attorney

///

///

///

1

2  DATED: March 23, 2010
                                           ERIK BABCOCK
3                                          Attorney for Defendant

4

5
        SO ORDERED.
6
   DATED:    March 23, 2010.
7
                                           WILLIAM ALSUP
8

9

10

*IT IS SO ORDERED*
*Judge William Alsup*